ANNA ERICKSON WHITE (CA SBN 161385)
AWhite@mofo.com
ROBERT L. CORTEZ WEBB (CA SBN 274742)
RWebb@mofo.com
SU-HAN WANG (CA SBN 284863)
SWang@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
Sunrun Inc., Lynn Jurich, Bob Komin, Edward Fenster, Jameson McJunkin, Gerald Risk, Steve Vassallo, and Richard Wong

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE COHEN, DAVID MOSS, and ROXANNE XENAKIS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SUNRUN INC., LYNN JURICH, BOB KOMIN, EDWARD FENSTER, JAMESON MCJUNKIN, GERALD RISK, STEVE VASSALLO, RICHARD WONG, CREDIT SUISSE SECURITIES (USA) LLC, GOLDMAN, SACHS & CO., MORGAN STANLEY & CO. LLC, MERRILL LYNCH, PIERCE FENNER & SMITH INCORPORATED, RBC CAPITAL MARKETS, LLC, KEYBANC CAPITAL MARKETS INC., and SUNTRUST ROBINSON HUMPHREY, INC.,<br><br>Defendants. | Case No.   3:16-cv-02570<br><br>**DEFENDANT SUNRUN INC.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES**<br><br>[Fed. R. Civ. P. 7.1]<br>[Civil L.R. 3-15] |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Sunrun, Inc. ("Sunrun"), through its undersigned attorneys, discloses the following:

1. Sunrun is a publicly traded company.

2. Sunrun does not have a parent corporation.

3. No publicly held corporation owns 10% or more of Sunrun's stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding.  The following companies, or entities affiliated with such companies, beneficially own more than 5% of Sunrun's stock.  Sunrun is a publicly traded company with a large number of outstanding shares, and as such, it would be impracticable to list each individual shareholder:

1. Accel Partners
2. Canyon Partners
3. Foundation Capital
4. Madrone Capital Partners LLC
5. Sequoia Capital

Dated: May 12, 2016                MORRISON & FOERSTER LLP

By:   /s/ Anna Erickson White
        ANNA ERICKSON WHITE

Attorneys for Defendants
Sunrun Inc., Lynn Jurich, Bob Komin, Edward Fenster, Jameson McJunkin, Gerald Risk, Steve Vassallo, Richard Wong, Beau Peelle, Eren Omer Atesmen, Reginald Norris, William Elmore