Patrick D. Robbins (Bar No. 152288)
*probbins@shearman.com*
SHEARMAN & STERLING LLP
535 Mission Street, 25th Floor
San Francisco, California 94105
Telephone: (415) 616-1100
Facsimile: (415) 616-1199

*Attorneys for the Underwriter Defendants*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE COHEN, DAVID MOSS and ROXANNE XENAKIS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SUNRUN INC., LYNN JURICH, ROBERT KOMIN, EDWARD FENSTER, JAMESON MCJUNKIN, GERALD RISK, STEVE VASSALLO, RICHARD WONG, CREDIT SUISSE SECURITIES (USA) LLC, GOLDMAN, SACHS & CO., MORGAN STANLEY & CO. LLC, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, RBC CAPITAL MARKETS, LLC, KEYBANC CAPITAL MARKETS INC., and SUNTRUST ROBINSON HUMPHREY,<br><br>Defendants. | Case No. 3:16-cv-02570<br><br>**NOTICE OF APPEARANCE**<br><br>Removed from the Superior Court of the State of California, San Mateo County Case No. CIV538304 |

| | |
|---|---|
| 1 | TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS |
| 2 | OF RECORD HEREIN: |

PLEASE TAKE NOTICE that Patrick D. Robbins of the law firm Shearman & Sterling LLP hereby appears as counsel for underwriter defendants Credit Suisse Securities (USA) LLC; Goldman, Sachs & Co.; KeyBanc Capital Markets Inc.; Merrill Lynch, Pierce, Fenner & Smith Incorporated; Morgan Stanley & Co. LLC; RBC Capital Markets, LLC; and SunTrust Robinson Humphrey, Inc. Please serve said counsel with all pleadings and notices in this action at the following address:

Patrick D. Robbins
SHEARMAN & STERLING LLP
535 Mission Street, 25th Floor
San Francisco, California 94105
Telephone: (415) 616-1100
Facsimile: (415) 616-1199
Email: probbins@shearman.com

Dated: May 12, 2016

SHEARMAN & STERLING LLP

By: /s/ Patrick D. Robbins
Patrick D. Robbins (Bar No. 152288)

*Attorneys for the Underwriter Defendants*

NOTICE OF APPEARANCE 1 CASE NO. 3:16-cv-02570

324150