1  Patrick D. Robbins (Bar No. 152288)
   *probbins@shearman.com*
2  SHEARMAN & STERLING LLP
   535 Mission Street, 25th Floor
3  San Francisco, California  94105
   Telephone: (415) 616-1100
4  Facsimile:  (415) 616-1199

5  Adam S. Hakki (*pro hac vice* to be submitted)
   *ahakki@shearman.com*
6  SHEARMAN & STERLING LLP
   599 Lexington Avenue
7  New York, New York 10022
   Telephone:  (212) 848-4000
8  Facsimile:   (212) 848-7179

9  *Attorneys for the Underwriter Defendants*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE COHEN, DAVID MOSS and ROXANNE XENAKIS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SUNRUN INC., LYNN JURICH, ROBERT KOMIN, EDWARD FENSTER, JAMESON MCJUNKIN, GERALD RISK, STEVE VASSALLO, RICHARD WONG, CREDIT SUISSE SECURITIES (USA) LLC, GOLDMAN, SACHS & CO., MORGAN STANLEY & CO. LLC, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, RBC CAPITAL MARKETS, LLC, KEYBANC CAPITAL MARKETS INC., and SUNTRUST ROBINSON HUMPHREY,<br><br>Defendants. | Case No. 3:16-cv-02570<br><br>**CONSENT TO REMOVAL**<br><br>Removed from the Superior Court of the State of California, San Mateo County Case No. CIV538304 |

---

CONSENT TO REMOVAL                                                   CASE NO. 3:16-CV-02570
                                                                                            324133

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiffs in the above-referenced action have named as defendants, *inter alia*, the underwriters of the August 2015 initial public offering of Sunrun Inc.  The named underwriters are Credit Suisse Securities (USA) LLC; Goldman, Sachs & Co.; KeyBanc Capital Markets Inc.; Merrill Lynch, Pierce, Fenner & Smith Incorporated; Morgan Stanley & Co. LLC; RBC Capital Markets, LLC; and SunTrust Robinson Humphrey, Inc. (collectively, the "Underwriter Defendants").

PLEASE TAKE NOTICE THAT the Underwriter Defendants hereby provide notice of their consent to the removal of the matter from the California Superior Court for the County of San Mateo to the United States District Court for the Northern District of California.

This consent is made in connection with the removal of this action only, and is made without prejudice to any future challenge to the jurisdiction of the Court, substantive or procedural challenges to any complaint, or affirmative defenses raised in responsive pleading(s) by the Underwriter Defendants.

Dated:  May 12, 2016

                                  SHEARMAN & STERLING LLP

                                  By:  /s/ Patrick D. Robbins
                                          Patrick D. Robbins (Bar No. 152288)

                                          Adam S. Hakki (*pro hac vice* to be submitted)

                                          *Attorneys for the Underwriter Defendants*