Patrick D. Robbins (Bar No. 152288)
*probbins@shearman.com*
SHEARMAN & STERLING LLP
535 Mission Street, 25th Floor
San Francisco, California 94105
Telephone: (415) 616-1100
Facsimile: (415) 616-1199

Adam S. Hakki (*pro hac vice* to be submitted)
*ahakki@shearman.com*
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179

*Attorneys for the Underwriter Defendants*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE COHEN, DAVID MOSS and ROXANNE XENAKIS, Individually and on Behalf of All Others Similarly Situated,<br><br> Plaintiffs,<br><br>v.<br><br>SUNRUN INC., LYNN JURICH, ROBERT KOMIN, EDWARD FENSTER, JAMESON MCJUNKIN, GERALD RISK, STEVE VASSALLO, RICHARD WONG, CREDIT SUISSE SECURITIES (USA) LLC, GOLDMAN, SACHS & CO., MORGAN STANLEY & CO. LLC, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, RBC CAPITAL MARKETS, LLC, KEYBANC CAPITAL MARKETS INC., and SUNTRUST ROBINSON HUMPHREY,<br><br> Defendants. | Case No. 3:16-cv-02570<br><br>**CIVIL LOCAL RULE 3-15 CERTIFICATION OF UNDERWRITER DEFENDANTS**<br><br>Removed from the Superior Court of the State of California, San Mateo County<br>Case No. CIV538304 |

Pursuant to Civil Local Rule 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Credit Suisse AG

Credit Suisse Group AG

Credit Suisse Group AG, Guernsey Branch

Credit Suisse Holdings (USA), Inc.

Credit Suisse (USA), Inc.

The Goldman Sachs Group, Inc.

KeyCorp

BAC North America Holding Company

NB Holdings Corporation

Bank of America Corporation

Morgan Stanley Domestic Holdings, Inc.

Morgan Stanley Capital Management, LLC

Morgan Stanley

Royal Bank of Canada

SunTrust Banks, Inc.

Dated: May 12, 2016

SHEARMAN & STERLING LLP

By: /s/ Patrick D. Robbins
Patrick D. Robbins (Bar No. 152288)

Adam S. Hakki (*pro hac vice* to be submitted)

*Attorneys for the Underwriter Defendants*

L.R. 3-15 CERT. OF UNDERWRITER DEFS.  1  CASE NO. 3:16-CV-02570

324158