1   ANNA ERICKSON WHITE (CA SBN 161385)
    AWhite@mofo.com
2   ROBERT L. CORTEZ WEBB (CA SBN 274742)
    RWebb@mofo.com
3   SU-HAN WANG (CA SBN 284863)
    SWang@mofo.com
4   MORRISON & FOERSTER LLP
    425 Market Street
5   San Francisco, California  94105-2482
    Telephone: 415.268.7000
6   Facsimile: 415.268.7522

7   Attorneys for Defendants
    Sunrun Inc., Lynn Jurich, Bob Komin, Edward Fenster, Jameson
8   McJunkin, Gerald Risk, Steve Vassallo, and Richard Wong

9
                        UNITED STATES DISTRICT COURT
10
                      NORTHERN DISTRICT OF CALIFORNIA
11

12
    GEORGE COHEN, DAVID MOSS, and          Case No.    3:16-CV-02570
13  ROXANNE XENAKIS, Individually and on
    Behalf of All Others Similarly Situated,   **CERTIFICATE OF SERVICE**
14
                     Plaintiffs,           Removed from the Superior Court of
15                                         California, County of San Mateo
            v.
16                                         Case No. CIV 538304
    SUNRUN INC., LYNN JURICH, BOB KOMIN,
17  EDWARD FENSTER, JAMESON MCJUNKIN,
    GERALD RISK, STEVE VASSALLO,
18  RICHARD WONG, CREDIT SUISSE
    SECURITIES (USA) LLC, GOLDMAN, SACHS
19  & CO., MORGAN STANLEY & CO. LLC,
    MERRILL LYNCH, PIERCE FENNER &
20  SMITH INCORPORATED, RBC CAPITAL
    MARKETS, LLC, KEYBANC CAPITAL
21  MARKETS INC., and SUNTRUST ROBINSON
    HUMPHREY, INC.,
22
                     Defendants.
23

24

25

26

27

28

Certificate of Service

1

**CERTIFICATE OF SERVICE BY OVERNIGHT DELIVERY**
(Fed. R. Civ. Proc. rule 5(b))

2

3    I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California  94105-2482; I am not a party to the within cause; I am over the age of eighteen years; and I am readily familiar with Morrison & Foerster's practice

4    for collection and processing of correspondence for overnight delivery and know that in the ordinary course of Morrison & Foerster's business practice the document described below will be

5    deposited in a box or other facility regularly maintained by UPS or delivered to an authorized courier or driver authorized by UPS to receive documents on the same date that it is placed at

6    Morrison & Foerster for collection.

7    I further declare that on the date hereof I served a copy of:

8    **CIVIL COVER SHEET;**

9    **NOTICE OF REMOVAL OF STATE COURT CIVIL ACTION; COPY OF ALL STATE COURT PROCESS, PLEADINGS, AND ORDERS FROM COHEN v. SUNRUN,**

10   **ET AL., CASE NO. 3:16-CV-02570;**

11   **DEFENDANT SUNRUN INC.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED**

12   **PARTIES**

13

14   on the following by placing a true copy thereof enclosed in a sealed envelope with delivery fees provided for, addressed as follows for collection by UPS at Morrison & Foerster LLP, 425 Market

15   Street, San Francisco, California  94105-2482, in accordance with Morrison & Foerster's ordinary business practice.

16

17   John T. Jasnoch

18   SCOTT + SCOTT,
     707 Broadway, Ste. 1000

19   San Diego, CA 92101

20

21   Joseph V. Halloran
     SCOTT + SCOTT,

22   The Chrysler Building
     405 Lexington Ave, 40th Floor

23   New York, NY  10174

24

25   I declare under penalty of perjury that the above is true and correct.

26

27

28

1    Executed at San Francisco, California, this 13TH day of MAY, 2016.

2

3

4

5    _____          _____
              Noanoa Pan                              (signature)
                (typed)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28