1  SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
   JOHN T. JASNOCH (CA BAR NO. 281605)
2  707 Broadway, Suite 1000
   San Diego, CA 92101
3  Telephone: (619) 233-4565
   Facsimile: (619) 233-0508
4  jjasnoch@scott-scott.com

5  *Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| GEORGE COHEN, DAVID MOSS AND ROXANNE XENAKIS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SUNRUN INC, LYNN JURICH, ROBERT KOMIN, EDWARD FENSTER, JAMESON MCJUNKIN, GERALD RISK, STEVE VASSALLO, RICHARD WONG, CREDIT SUISSE SECURITIES (USA) LLC, GOLDMAN, SACHS & CO., MORGAN STANLEY & CO., LLC, MERRILLY LYNCH, PIERCE, FENNER & SMITH, INCORPORATED, RBC CAPITAL MARKETS, LLC, KEYBANC CAPITAL MARKETS INC., and SUNTRUST ROBINSON HUMPHREY, INC.,<br><br>Defendants. | Case No. 3:16-cv-02570-WHA<br><br>San Mateo Superior Court<br>Case No. CIV538304<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO REMAND<br><br>DATE: AUGUST 11, 2016<br>TIME: 8:00 A.M.<br>JUDGE: HON. WILLIAM ALSUP<br>COURTROOM: 8 – 19TH FLOOR<br><br><u>CLASS ACTION</u> |

[PROPOSED] ORDER GRANTING             CASE NO. 3:16-CV-02570-WHA
PLAINTIFFS' MOTION TO REMAND

1  Upon consideration of Plaintiffs' Motion to Remand and having considered the papers, and
2  all arguments for and against,
3  IT IS HEREBY ORDERED THAT:
4  Plaintiffs' Motion to Remand is GRANTED and this action is remanded to the Superior
5  Court for the State of California, County of San Mateo.

7  **IT IS SO ORDERED.**
8  DATED: _____, 2016

10  _____
    HON. WILLIAM ALSUP
11  United States District Judge