IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLE LEE GREENBERG, Individually and on Behalf of All Others Similarly Situated,<br>   Plaintiff,<br><br> v.<br><br>SUNRUN INC., et al.,<br><br>   Defendants. | Case No. 3:16-cv-2480 CRB<br><br>**JUDGMENT** |

On February 9, 2017, the Court dismissed Plaintiffs' complaint with prejudice. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendants and against Plaintiffs. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: February 9, 2017

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE